UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANGELA WALTERS,

        Plaintiff,                Case No. 13-cv-13282

v                                    Honorable Thomas L. Ludington

MERCY HOSPITAL GRAYLING, et al.,

        Defendants.

_____/

**STIPULATION FOR REMAND TO STATE COURT**

      IT IS HEREBY STIPULATED by the parties that, as the United States has been dismissed from this action with prejudice, and the case is eligible for remand to state court under 28 USC1367(c), this matter shall be remanded to the Crawford County Circuit Court for the State of Michigan.

MCKEEN & ASSOCIATES, P.C.

   /s/  Parker G. Stinar (w/consent)
Parker G. Stinar (P75252)
Attorneys for Plaintiff
645 Griswold Street, Suite 4200
Detroit, MI 48226
(313) 961-4400
bjmckeen@mckeenassociates.com

JOHNSON & WYNGAARDEN, P.C.

   /s/ Robert M. Wyngaarden
Robert M. Wyngaarden (P35604)
Attorneys for Defendants
3445 Woods Edge Drive
Okemos, Michigan 48864
(517) 349-3200
rmw@jwynlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

ANGELA WALTERS,

        Plaintiff,                        Case No. 13-cv-13282

v                                             Honorable Thomas L. Ludington

MERCY HOSPITAL GRAYLING, et al.,

        Defendants.

_____/

**ORDER GRANTING MOTION AND REMANDING CASE TO STATE COURT**

    In accordance with the parties' stipulation;

    It is **ORDERED** that Defendants' Motion to Remand (ECF No. 40) is **GRANTED**.

    It is further **ORDERED** that this case is **REMANDED** to the Crawford County Circuit Court for the State of Michigan.

                                                  s/Thomas L. Ludington
                                                  THOMAS L. LUDINGTON
                                                  United States District Judge

Dated: October 2, 2014

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 2, 2014.

                        s/Tracy A. Jacobs
                        TRACY A. JACOBS