UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

**FILED**

OCT 1 0 2014

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

Angela Walters,

                    Plaintiff(s),

v.                                                    Case No. 1:13–cv–13282–TLL–CEB
                                                      Hon. Thomas L. Ludington
Mercy Hospital Grayling, et al.,

                    Defendant(s).

_____

                    **NOTICE OF REMAND**

**A TRUE COPY**

TO: CRAWFORD COUNTY CIRCUIT COURT

OCT – 6 2014

Sandra Moore
46th Circuit Court Clerk
Crawford County

     Enclosed are certified copies of the Order of Remand and this Court's docket sheet.

     Please acknowledge receipt of these documents by returning a time–stamped copy of this
Notice to:

                    Clerk's Office
                    U.S. District Court for the Eastern District of Michigan
                    231 W. Lafayette Boulevard, 5th Floor
                    Detroit, Michigan 48226
                    (313) 234–5005

                    **Certification**

     I hereby certify that this Notice was electronically filed, and the parties and/or counsel of
record were served.

                              DAVID J. WEAVER, CLERK OF COURT

                         By: s/ D. Worth
                              Deputy Clerk

Dated: October 2, 2014